IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00293-F-1
No. 5:16-CV-00576-F

| | |
|---|---|
| ANTJWAN VINCENTE JONES,<br>     Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>     Respondent. | )<br>)<br>)<br>)   O R D E R<br>)<br>)<br>) |

This matter is before the court on Antjwan Vincente Jones's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-54]. Having examined Jones's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion within **forty (40)** days of the filing of this order.

Jones asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and he previously qualified for appointed counsel. Katherine E. Shea with the Office of the Federal Public Defender has been appointed to represent Jones pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This 29 day of June, 2016.

             *James C. Fox*
             JAMES C. FOX
             SENIOR UNITED STATES DISTRICT JUDGE